OPINION — AG — ** WEIGHTS — INSPECTORS ** THE STATE DIRECTOR OF WEIGHTS AND MEASURES, AND HIS INSPECTORS, NOT ONLY MAY "REFUSE TO INSPECT A SCALE IN CASES WHERE THE SCALE OWNER OR OPERATOR DEFINITELY REFUSES TO PAY THE FEE", BUT SHOULD, IN SUCH CASES, REFUSE TO MAKE SUCH INSPECTION UNLESS AND UNTIL THE PRESCRIBED FEE IS PAID. (COLLECT FEE) CITE: 83 O.S. 82 [83-82], 83 O.S. 88 [83-88] [83-88], 83 O.S. 90 [83-90] (TESTING WEIGHTS SCALES, DEPARTMENT OF AGRICULTURE) (J. H. JOHNSON)